

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-24-00729-CV

Jesus Junior **GARCIA**,
Appellant

v.

**SAN MIGUEL ELECTRIC COOPERATIVE, INC.**,
Appellee

From the 81st Judicial District Court, Atascosa County, Texas
Trial Court No. 22-03-0161-CVA
Honorable Russell Wilson, Judge Presiding

BEFORE JUSTICE VALENZUELA, JUSTICE BRISSETTE, AND JUSTICE MCCRAY

In accordance with this court's opinion of this date, the trial court's judgment is AFFIRMED. We order appellant to pay the costs of this appeal.

SIGNED November 19, 2025.

_____
Lori I. Valenzuela, Justice